UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTÉ QUALLS, | CASE NO. 1:13-cv-00649-LJO-SMS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO PAY FILING FEE |
| v. | |
| REGENTS, UNIVERSITY OF CALIFORNIA MERCED, et als., | |
| Defendants. | (Doc. 3) |

By a motion filed May 3, 2013, Plaintiff Loren Lamonté Qualls seeks to proceed *in forma pauperis*. Plaintiff submitted a declaration showing gross monthly income (unemployment benefits) of $1672.00 and monthly expenses of $1328.00. Thus, Plaintiff's monthly income exceeds his expenses.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* and directs Plaintiffs to pay the filing fee for this action to the Clerk of Court on or before May 15, 2013.

IT IS SO ORDERED.

**Dated:   May 7, 2013**                         **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE

1