UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTÉ QUALLS,<br><br>        Plaintiff,<br><br>    v.<br><br>REGENTS, UNIVERSITY OF CALIFORNIA MERCED, et als.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:13-cv-00649-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO PAY FILING FEE<br><br>(Doc. 3) |

    By a motion filed May 3, 2013, Plaintiff Loren Lamonté Qualls seeks to proceed *in forma pauperis*. Plaintiff submitted a declaration showing gross monthly income (unemployment benefits) of $1672.00 and monthly expenses of $1328.00. Thus, Plaintiff's monthly income exceeds his expenses.

    Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis* and directs Plaintiffs to pay the filing fee for this action to the Clerk of Court on or before May 15, 2013.

IT IS SO ORDERED.

**Dated:   May 7, 2013**                           /s/ Sandra M. Snyder
                                                                       UNITED STATES MAGISTRATE JUDGE