UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTÉ QUALLS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS, UNIVERSITY OF CALIFORNIA MERCED, et als.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:13-cv-00649-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF MOTION DENYING HIS REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 5) |

By a motion filed May 15, 2013, Plaintiff Loren Lamonté Qualls seeks reconsideration of the Court's denial of his motion to proceed *in forma pauperis* or in the alternative, a fourteen-day extension of time in which to pay the filing fee. Plaintiff asserts that based on federal sequestration cuts, his benefits have been reduced to an amount just below his declared monthly expenses.

At least until he filed his declaration on May 3, 2013, twelve days before his motion for reconsideration, Plaintiff was receiving income that sufficiently exceeded his monthly expenses to allow him to pay the filing fee in this case. Accordingly, the Court DENIES Plaintiffs' motion for reconsideration. Plaintiff is directed to pay the filing fee for this action to the Clerk of Court on or before May 31, 2013.

IT IS SO ORDERED.

Dated:   May 19, 2013                       /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1