1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTE' QUALLS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>Defendants. | Case No. 1:13-cv-00649-LJO-SMS<br><br>ORDER ADOPTING SCREENING ORDER AND FINDINGS AND RECOMMENDATIONS RE: SECOND AMENDED COMPLAINT<br><br>(Doc. 11) |

15   Plaintiff Loren L. Qualls ("Plaintiff") filed a Second Amended Complaint (SAC) on October

16 7, 2013. Doc. 10. The matter was referred to United States Magistrate Judge Sandra M. Snyder for

17 screening pursuant to 28 U.S.C § 1915(e)(2) and 28 U.S.C. § 636(b).

18   On October 30, 2013, the Magistrate Judge filed a Screening Order and Findings and

19 Recommendations. She recommended dismissal of Plaintiff's claim for intentional infliction of

20 emotional distress (IIED), without prejudice but without leave to amend. Otherwise she found that

21 Plaintiff could proceed with his remaining claims. These Findings and Recommendations were

22 submitted to the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.

23 Objections were due within 14 days. None were filed. The Court concurs with the Findings and

24 Recommendations. Accordingly, IT IS HEREBY ORDERED that the Findings and

25 Recommendations are adopted in full.

26   The Clerk of Court will send Plaintiff a service packet including the SAC (doc. 10), this

27 Order, a Notice of Submission of Documents form, an instruction sheet, and a copy of summons and

28 USM-285 forms. Within 30 days of the date of filing of this Order, Plaintiff must complete and

1

1  return to the Clerk of Court the Notice of Submission of Documents form. Plaintiff must submit with
2  the Notice of Submission of Documents each of the following: a copy of the Complaint for
3  Defendants, a copy of this Order, a completed summons for Defendants, and a completed USM-285
4  for Defendants. Plaintiff must not attempt service and must not request waiver of service. Once the
5  Clerk of Court has received the Notice of Submission of Documents and the required documents, the
6  Court will direct the United States Marshal to seek waiver of service from each Defendant or serve
7  each Defendant.

8      If Plaintiff fails to return the Notice of Submission of Documents and the required documents
9  within 30 days of the date of filing of this Order, the Clerk of Court must, without further notice,
10 enter a judgment of dismissal of this action without prejudice. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

   Dated:   **November 22, 2013**              **/s/ Lawrence J. O'Neill**
                                                                     UNITED STATES DISTRICT JUDGE