# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTE' QUALLS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA et al.,<br><br>Defendants. | Case No. 1:13-cv-00649-LJO-SMS<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

The Court previously found service of the amended complaint appropriate. Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the United States Marshals Service:

    (1) One completed and issued summons;

    (2) One completed USM−285 form;

    (3) One copy of the second amended complaint filed on October 7, 2013, plus an extra copy for the Marshals Service;

    (4) One copy of this order, plus an extra copy for the Marshals Service;

    (5) One copy of the Court's consent form.

2. Within ten days from the date of this order, the Marshals Service is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

1    Mark Yudof;

2    Steve Kang;

3    Sam Traina;

4    Robert Oschner;

5    Tom Hothem;

6    Anne Zanzucchi;

7    Regents of the University of California;

8    UC Merced.

9  3. The Marshals Service is directed to retain its copies of the summons and complaint for future use.

10 4. The Marshals Service shall file returned waivers of service as well as any requests for waivers of service

11 that are returned as undelivered as soon as they are received.

12 5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for

13 waiver, the Marshals Service shall:

14    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the

15    Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

16    b. Within ten days after personal service is effected, the Marshals Service shall file the return of

17    service for the defendant, along with evidence of any attempts to secure a waiver of service of

18    process and of the costs subsequently incurred in effecting service on said defendant. Said costs

19    shall be enumerated on the USM−285 form and shall include the costs incurred by the Marshals

20    Service for photocopying additional copies of the summons and complaint and for preparing new

21    USM−285 forms, if required. Costs of service will be taxed against the personally served defendant

22    in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

23 6. **If a defendant waives service, the defendant is required to return the signed waivers to the Marshals**

24 **Service. The filing of an answer or a responsive motion does not relieve the defendant of this**

25 **requirement, and the failure to return the signed waivers may subject defendants to an order to pay**

26 **the costs of service pursuant to Fed. R. Civ. P. 4(d)(2)**

27 *///////////////*

28 *//////////*

2

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

    Dated:   **December 18, 2013**          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE