1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTÉ QUALLS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00649-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THIRD AMENDED COMPLAINT<br><br><br>Doc. 32 |

Over one year ago, on May 3, 2013, Plaintiff Loren Lamonté Qualls filed the original complaint in this matter.  Following multiple screenings by the Court and multiple amendments, on November 22, 2013, the Court authorized service of a modified version of Plaintiff's second amended complaint. On February 24, 2-014, Defendants moved to dismiss.  On April 23, 2014, the Court adopted the findings and recommendations of the Magistrate Judge in part and ordered Plaintiff to submit his amended complaint on or before May 23, 2014.  Plaintiff now moves for an extension of time in which to file his Third Amended Complaint, stating only that "an extension of time is reasonable and necessary."  This vague allegation does not constitute good cause.

Accordingly, the Court hereby DENIES Plaintiff's motion for an extension of time.  Because Plaintiff is a *pro se* litigant, however, it is unlikely that this order will reach Plaintiff before the May 23, 2014 deadline for submission of the Third Amended Complaint.  Therefore, the Court will accept

1

1 the Third Amended Complaint so long as it is filed with the Court before the close of the next
2 business day thereafter, which is May 27, 2014.

IT IS SO ORDERED.

Dated:   **May 21, 2014**                                   **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE

2