# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN LAMONTÉ QUALLS, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No.: 1:13-cv-00649-LJO-SMS<br><br>ORDER STRIKING THIRD AMENDED COMPLAINT<br><br>Doc. 34 |

On May 22, 2014, this Court denied for lack of good cause Plaintiff's last-minute motion to extend the time in which to file a third amended complaint. The order directed Plaintiff to file the third amended complaint on or before May 27, 2014. Plaintiff filed the third amended complaint on May 28, 2014. Accordingly, the Court must STRIKE the third amended complaint (Doc. 34) as untimely filed.

As a result, this case shall proceed only with regard to those causes of action found cognizable in the Court's order adopting the Magistrate Judge's findings and recommendations regarding the second amended complaint (Doc. 31), that is, claims 4 and 9. (Claim one having been found to state no independent claim but to be necessary to a full exposition of facts, the Court deemed "claim one" to be part of the statement of facts.)

IT IS SO ORDERED.

Dated: **June 5, 2014**          **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE

1