1

2

3

4

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

| | |
|---|---|
| **LOREN LAMONTE' QUALLS,** | **1:13-cv-00649 DLC-SMS** |
| **Plaintiff,** | **MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' UNOPPOSED EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER (Doc. 54)** |
| **v.** | |
| **REGENTS OF THE UNIVERSITY OF CALIFORNIA** *et al.*, | |
| **Defendants.** | |

11

12    Defendants Regents of the University of California, Robert Ochsner, Tom Hothem and Anne

13 Zanzucchi (collectively, "Defendants") have applied for an order modifying the Scheduling Order (Doc

14 42), to vacate and reset the dates for the pre-trial conference, scheduled for October 27, 2015, and the

15 trial, scheduled for December 8, 2015, pending the ruling of Defendants' Motion for Summary

16 Judgment (Doc. 46).  Defendants state three reasons for this request: (1) the Court's resources would be

17 best used on ruling on the Motion for Summary Judgment, instead of engaging in pre-trial preparations;

18 (2) the parties will need additional time to prepare for trial following the Court's ruling on the Motion

19 for Summary Judgment; and (3) vacating the schedule would allow the parties an opportunity to

20 participate in a settlement conference, originally scheduled for August 5, 2015.  The Court is not

21 persuaded by Defendants' rationale and will deny the application for the reasons stated below.

22    On September 23, 2015, United States District Judge Lawrence O'Neill issued an Order partially

23 granting and partially denying Defendants' Motion for Summary Judgment.  This satisfies Defendants'

24 first reason for vacating the trial dates.  Next, Defendants' concerns about the time needed to prepare for

25 trial have been significantly alleviated by Judge O'Neil's Order.  This Order narrowed the issues for trial

1   by granting summary judgment on the defamation claim, leaving only Plaintiff's Title VII claims.

2   Because the only remaining issues for trial are Plaintiff's Title VII claims, the Court is confident that the

3   parties will have the necessary amount of time in the next two months to prepare for trial.  Finally, the

4   Court has contacted Magistrate Judge Sandra M. Snyder and she has agreed to facilitate a settlement

5   conference between the parties.  The settlement conference is rescheduled for October 21, 2015, at 1:00

6   p.m.  As such, the Court will deny Defendants' application for an order modifying the Scheduling Order.

7       IT IS ORDERED:

8       (1)  Defendants' application for an order modifying the scheduling order (Doc 54) is DENIED.

9       Dated this 5th day of October, 2015.

10

11

12   _____
     Dana L. Christensen, Chief District Judge
13   United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

2