UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN L. QUALLS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation, et al.,<br><br>        Defendants. | 1:13-cv-649-DLC-SMS<br><br>**ORDER RE STIPULATION TO DISMISS (Doc. 64)** |

On January 4, 2016, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 64 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

**IT IS SO ORDERED**
**Dated: January 6, 2016**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**